IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

RODRICK J. GAINES,                    §
                                      §
            Plaintiff,                §
                                      §
V.                                    §          No. 3:26-cv-1543-B-BN
                                      §
SAFEWAY TRADING INC., d/b/a           §
MARIO USE CARS, et al.,               §
                                      §
            Defendant.                §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should dismiss Plaintiff Rodrick J. Gaines's claims against Defendants Old American County Mutual Fire Insurance Company, Acceptance Insurance Agency of Tennessee Inc., MGA Insurance Company Inc., and GAINSCO Auto Insurance Agency Inc. without prejudice under Federal Rules of Civil Procedure 4(m) and 41(b). *See* Dkt. No. 31.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 31].

SO ORDERED this 30th day of June, 2026.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE